UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Matthew HODROFF,<br><br>                  Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, et al.,<br><br>                  Defendants. | Case No.: 25-cv-0041-AGS-JLB<br><br>**ORDER REMANDING CASE TO STATE COURT** |

This Court previously dismissed plaintiff Matthew Hodroff's sole federal claim and gave him until June 9, 2025, to amend his complaint. (*See* ECF 11.) Hodroff has not filed an amended complaint, and the Court declines to exercise supplemental jurisdiction over his state claims. *See* 28 U.S.C. § 1367(c). "In the usual case in which all federal-law claims are eliminated before trial, the balance of factors to be considered under the pendent jurisdiction doctrine—judicial economy, convenience, fairness, and comity—will point toward declining to exercise jurisdiction over the remaining state-law claims." *Sanford v. MemberWorks, Inc.*, 625 F.3d 550, 561 (9th Cir. 2010). This case is thus **REMANDED** to the Superior Court of California, County of San Diego Central Division, Case No. 24CL025842C. (*See* ECF 1, at 14); 28 U.S.C. § 1447(c).

Dated:  June 10, 2025

_____
Hon. Andrew G. Schopler
United States District Judge

1

25-cv-0041-AGS-JLB